# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **Karen Young**, *on behalf of herself and all others similarly situated,*<br>　　　*Plaintiff*<br><br>　　**v.**<br><br>**Oracle Corporation and The University of Phoenix,**<br>　　　*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 1:26-cv-1011-ADA-SH** |

## ORDER

The Court issues this order to clarify the Order entered May 8, 2026 at Dkt. 5. The Court

**ORDERS** that this Related Action shall be **CONSOLIDATED** into the Consolidated Action *In*

*re Oracle Corporation Data Breach Litigation* ("*Oracle*"), Master File No. 1:25-cv-01805-ADA-

SH, pursuant to Paragraph 12 of the Court's Consolidation Order entered January 5, 2026 in *Oracle*

(Dkt. 25).[1]

The Clerk of Court shall administratively close this Related Action and transfer all documents

already docketed in this Related Action into the Consolidated Action.

**SIGNED** on May 13, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges (Dkt. 2).

1